# JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| AVINASH B. KULKARNI, | Case No: SACV 12-980 JLS (ANx) |
| Plaintiff, | JUDGMENT |
| vs. | Hearing: November 8, 2013 |
| UNITED STATES DEPT. OF STATE, | Time: 2:30 p.m. |
| Defendant. | |

Defendant's Motion for Summary Judgment came on for hearing on November 8, 2013.  After full consideration of the evidence and the authorities cited by the parties, as well as the argument of the parties and counsel, the Court finds that there is no triable issue of material fact in this case with respect to the claims of Plaintiff Avinash B. Kulkarni.

/ / /

/ / /

Accordingly, IT IS ORDERED AND ADJUDGED:

(1) Defendant is entitled to summary judgment as a matter of law; and

(2) Plaintiff's complaint and action are dismissed with prejudice.

DATED: December 02, 2013

_____
The Honorable Josephine L. Staton
United States District Judge